

Exhibit A: Cinderella Heels for Maria Cherniavska

International Court of Justice of Hague, Netherlands (Horsehead Nebula) (Household Litigation 2017 in D.C.) Holland & Knight