Case 3:26-cv-00211-SFR   Document 1-2   Filed 02/09/26   Page 1 of 1

Int'l Court of Justice of Hague, Netherlands

Exhibit B: Famed France from Kharkiv, Ukraine



2/4/26, 11:38 PM