

**FEDERAL TRADE COMMISSION**
ReportFraud.ftc.gov

FTC Report Number
196342171

# Consumer Report To The FTC

The FTC cannot resolve individual complaints, but we can provide information about next steps to take. We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

**Name:** Ronald Emrit

**Email:** einsteinrockstar2@outlook.com

**Address:** 5108 Cornelias Prospect Dr

**Phone:**

**City:** Sarasota    **State:** Florida    **Zip Code:** 34243

**Country:** USA

## What happened

Yesterday, I spoke with Jeff Karberg of Maryland attorney general office. His email address is jkarberg@oag.state.md.us and his number is listed as (410)576-6574. He instructed me that many people in Maryland are getting fraudulent letters from the state of Maryland Department of Labor with a mailing address of 100 South Charles Street, Tower 1, Suite # 3100, Baltimore, Maryland 21201 with a phone number on the letter of (667)207-6520. The Claimant ID number on the letter is 12542051 and the Case ID number is 675369. The letter says that I was overpaid in the amount of $476.00 which is false because I never received ay unemployment insurance benefits from the state of Maryland from week ending 5/29/2021 with a determination date of 12/18/2021. The letter cites Section 8-901 of the Maryland Unemployment Insurance Law. I visited the website of https://labor.md.gov/unemployment-Insurance/fraud-and-identity and it provided an email address which keeps coming back as being blocked. The other email address that appears as being blocked from my GMail account is UILowerAppeals.Labor@maryland.gov. The letter instructed me to send documentation to the following address for an appeal which I no longer have an money to do regarding postage: Maryland Department of Labor Lower Appeals Division 2800 West Patapsco Avenue Baltimore, Maryland 21230 with a fax number of (410)225-9781. Another email address is ui.overpaymentinquiry@maryland.gov. I now have a Western Virginia case against Maria Cherniavska of Warsaw, Poland as in 5:26cv2 in Harrisonburg presided over by Judge Joel Hoppe and Magistrate Judge Elizabeth Dillon. This involves the International Court of Justice of Hague, Netherlands as a federal defendant in addition to Zelenskyy and Navalny. I also have a Virginia case against Quantico Labs of FBI and Langley CIA headquarters as 5:26cv140 to correct the mistakes of the Bush administration from over 20 years ago regarding racial profiling as Arabic/Muslim when I am Catholic. Then, I have a third case which is open against Chief Judge Derrick Watson of Honolulu, Hawaii for defamation (libel and slander) which is case # 5:25cv139. Therefore, my cases in Harrisonburg, Virginia involve Hawaii law (defamation), international law (Poland, Ukraine, and Netherlands) and Virginia law (Quantico/Langley and Civil Rights violations/racial profiling). Nevertheless, Jeff Karberg of Maryland instructed me to take the following steps: 1.) Email state legislator about Department of Labor letters 2.) Fill out a form in Adobe Acrobat format 3.) Send an email to UILowerAppealsLabor@maryland.gov which ends up bouncing back as being blocked I also have a Connecticut case against Maria Cherniavska with Case # 3:26cv48. The South Carolina case is 3:26cv61. The North Carolina case is 1:26cv15. The Northern New York case is 1:26cv34. Judge Sarah Russell presides over my Hartford, Connecticut case against Maria Cherniavska of Warsaw, Poland at Abraham Ribicoff Federal Building. Magistrate Judge Shiva Hodges and Judge Donald Coggins preside over my South Carolina case against Maria Cherniavska and Magistrate JUdge Mae D' Agostino presides over my Northern New York case against Maria Cherniavska. In Washington, DC, I currently have an open case against Federal Reserve Bank transferred from Eastern Texas by Magistrate Judge Nicole Mitchell involving 28 U.S.C. Section 1406. I can file a complaint with FTC for identity theft.

## How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 01/13/2026 | | |
| **Payment Used:** | | **How I was contacted:** |
| | | Mail |



Exhibit C

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:** Portia Wu of Maryland Department of Labor | | |
| **Address Line 1:** 100 South Charles Street | **Address Line 2:** Tower 1 Suite 3100 | **City:** Baltimore |
| **State:** Maryland | **Zip Code:** 21201 | **Country:** USA |
| **Email Address:** UILowerAppeals.Labor@maryland.gov | | |
| **Phone:** 667-207-6520 | | |
| **Website:** | | |
| **Name of Person You Dealt With:** Portia Wu | | |



## Your Next Steps

**If you want to stop getting so much junk mail:**

- Register at the Association of National Advertisers' website: www.DMAchoice.org. For $5, you can choose what marketing mail you do and don't want for the next 10 years. Registering online is the fastest way to see results.
- You still might get mail from scammers, so learn the signs of a scam at ftc.gov/scams.

**General Advice:**

- You can find advice and learn more about bad business practices and scams at consumer.ftc.gov.
- If you're concerned that someone might misuse your information, like your Social Security, credit card, or bank account number, go to IdentityTheft.gov for specific steps you can take.
- Learn more about impersonation scams at ftc.gov/impersonators. If someone says they are with the FTC, know that the FTC will never demand money, make threats, tell you to transfer money, or promise you a prize.



## What Happens Next

Thank you for reporting!

- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.
- Your report goes into the FTC's Consumer Sentinel database, which is available to federal, state, and local law enforcement across the country.
- We use reports to spot trends, educate the public, and share data about what is happening in your community. You can learn what other people in your state or metro area are reporting by visiting ftc.gov/exploredata.
- When the FTC brings cases, we try to get money back for people. At ftc.gov/refunds you can see recent FTC cases that resulted in refunds.

1/14/26, 1:06 PM
Case 3:26-cv-00211-SFR    Document 1-3    Filed 02/09/26    Page 3 of 3
ReportFraud.ftc.gov - Confirmation

- Watch this video to learn about the importance of reporting.

- Sign up for FTC Consumer Alerts at ftc.gov/ConsumerAlerts to stay connected to the FTC and learn about new scams.