

An official website of the United States Government

**cfpb** Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

Submit a complaint / Complaint submitted

# You have successfully submitted your complaint!

A message has been sent to you with instructions on how to track your complaint.

**ID FOR COMPLAINT SENT TO PORTIA WU OF MARYLAND DEPARTMENT OF LABOR**

**260114-27775584**

## What happens next

You should receive a response within 15 days of submitting your complaint. In some cases, the company will need more time to respond. Once you receive a response, you'll be asked to provide feedback on the company's response.

## Checking the status of your complaint

You can log in to your consumer portal account at any time to see the status of the complaint and the company response. If you did not provide an email address as part of your complaint submission, you can contact us at (855) 411-2372 to check on the status of the complaint.

Submitted this complaint on behalf of someone else?



Exhibit D

Only the primary person on the complaint will be able to log in to their account to see the status of their complaint or provide feedback on the company's response. If you submitted this complaint on behalf of someone else or were named in the complaint as an additional person, you will need to call us at (855) 411-2372 to ask questions or receive status updates.

### Already activated your account?

Visit the complaint portal (/consumer/s/) to check the status.

### Don't have an account?

You should receive an email with instructions on how to complete the setup of your account. If you do not receive this email, please contact our helpdesk at (855) 411-2372.

Once the account setup is complete, you can log in to your account (/consumer/s/) at any time to see the status of the complaint and the company response.

## Read other people's experiences in their own words

We publish complaint data (without any personal or identifiable information) in our Consumer Complaint Database. This helps consumers learn from other people's experiences and see how companies have responded to past complaints.

Visit the Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints/)

## Get answers to financial questions

Explore our online tool to find clear, unbiased answers to all kinds of financial questions, including information about mortgages, student loans, credit cards, payday loans, and more.

Find answers to common financial questions (http://www.consumerfinance.gov/askcfpb/)

# About us

We're the Consumer Financial Protection Bureau (CFPB), a U.S. government agency that makes sure banks, lenders, and other financial companies treat you fairly.

Learn how the CFPB can help you (https://www.consumerfinance.gov/about-us/the-bureau/)

**HAVE A QUESTION? ¿PREGUNTAS?**

(855) 411-2372

TTY/TTD: (855) 729-2372

9 a.m. to 6 p.m. ET, Monday - Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

Privacy Act Statement

OMB #3170-0011

Note on user experience

> Have a question? ¿Preguntas?
>
> (855) 411-2372
>
> TTY/TTD: (855) 729-2372
>
> 9 a.m. to 6 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)
>
> More than 180 languages available.