

# State of Rhode Island and Providence Plantations
## Office of the Secretary of State

Fee: $50.00

Division Of Business Services
148 W. River Street
Providence RI 02904-2615
(401) 222-3040

## Business Corporation Annual Report

*Filing Period: January 1 - March 1*

*In accordance with R.I.G.L. 7-1.2-1501(e), each corporation failing or refusing to file its annual report within thirty (30) days after the time prescribed by law (R.I.G.L. 7-1.2-1501 (c&d)) is subject to a penalty fee of $25.00.*

**ANNUAL REPORT YEAR:** 2015

**1. Corporate ID No.** 000817617

**2. Name of Corporation** Alex Garcia Enterprises, Inc. (AGE)

**3. Street Address Principal Business Office:**

No. and Street: 4529 TOWNWALL STREET
SELECT FROM BELOW

City or Town: LAS VEGAS    State: NV    Zip: 89115    Country: USA

**4. Business Phone No.**

3015378471

**5. State of Incorporation**

State: RI

**6. Brief Description of the Character of Business Conducted in Rhode Island**

This is a record label which has not yet acquired any significant assets and has not earned any Earnings Before Interest, Taxes, Depreciation, and Amortization (EBITDA) which would of course be reported on the company's income statement at the end of the fiscal year. The company has only conducted transactions in the form of recording two music videos, one for a song called "Lady Brazil" and another transaction for a song called "Three-Car Garage." As a promoter, incorporator, and corporate officer of AGE, Ronald Emrit is currently looking for angel investors, venture capitalists, and/or accredited investors to purchase equity in his corporation.

**7. Names and Addresses of the Officers and Directors:**

All officers and directors must be listed. If officers and/or directors have been elected, the title



Exhibit E

|  | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code, Country |
|---|---|---|
| PRESIDENT | RONALD SATISH EMRIT | 976 DOUGLAS AVENUE, 2ND FLOOR PROVIDENCE, RI 02908 USA |
| ACCOUNT EXECUTIVE | NICOLE ROCIO LEAL-MENDEZ | 976 DOUGLAS AVENUE, 2ND FLOOR PROVIDENCE, RI 02908 USA |

## 8. Shares Authorized and Issued

| Class of Stock | Series of Stock | Par Value Per Share | Total Authorized Shares *Number of Shares* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|---|
| CWP |  | $10.0000 | 20,000.00 | 20000 |

9. This report must be executed on behalf of the corporation by an authorized representative. If the corporation is in the hands of a receiver or trustee, this report must be executed on behalf of the corporation by the receiver or trustee.

**Signed this 4 Day of March, 2015 at 2:41:49 AM.** *This electronic signature of the individual or individuals signing this instrument constitutes the affirmation or acknowledgement of the signatory, under penalties of perjury, that this instrument is that individual's act and deed or the act and deed of the corporation, and that the facts stated herein are true, as of the date of the electronic filing, in compliance with R.I. Gen. Laws § 7-1.2.*

By   RONALD SATISH EMRIT
    Signature of Authorized Representative of the Corporation

**This report cannot be accepted for filing if an officer has executed the form and he/she is not listed in section 7.**

Form No. 630
Revised 09/07

© 2007 - 2015 State of Rhode Island and Providence Plantations
All Rights Reserved