JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Satish Dat Beast

**DEFENDANTS**
Ari Melber of MSNBC

**(b) County of Residence of First Listed Plaintiff** Prince George's County MD
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** New York New York
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

FEB 9 2026 PM 2:23
FILED-USDC-HARTFORD

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*
Donald Satish Dunt
108 Cornelius Prospect Dr. Bowie MD 20720
(703) 936-3043

**Attorneys** *(If Known)*
Ari Melber of MSNBC

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | [X] 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

[X] 360 Other Personal Injury

**V. ORIGIN** *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Tort Claims Act (FTCA) Restatement of Torts

Brief description of cause:
Ari Melber interviews "ator" style hiphop artists

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 45,000,000
JURY DEMAND: [X] Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*
JUDGE Sharon Gleason
DOCKET NUMBER Alaska case

DATE February 4, 2026
SIGNATURE OF ATTORNEY OF RECORD Ronald Satish Emrit (pro se)