Case 3:26-cv-00211-SFR  Document 1-7  Filed 02/09/26  Page 1 of 1

Satish
P.O. Box 1050
Bowie, Maryland 20718





Attn: Clerk of the Court
U.S. District Court of
Connecticut
Abraham A. Ribicoff Federal Bldg.
450 Main Street, Suite A012
Hartford, Connecticut 06103