3 26cv 2-11 (SFR)

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
(Abraham A. Ribicoff Federal Building, United States District Court, 450 Main Street, Suite A012, Hartford, CT 06103 )

MAR 3 2026 AM 11:57
FILED-USDC-CT-HARTFORD

|  |  |
|---|---|
| Satish Dat Beast (Former Client of "Larry Birkhead Attorney" Nancy Hass of Hallandale Beach, Florida as Family Law Attorney) and Ronald Satish Emrit (Former Client of Paul Gardner, Esquire of Gardner Law Group of Baltimore, Maryland as Entertainment Attorney for Outkast, Mya, Mos Def, Tommy Davidson, and Salahis), and Go Go Satish (Former Client of Thomas Hart, Esquire of On The Potomac of Washington, DC and Holland & Knight, LLP and Entertainment Attorney for Gloria Estefan and James Todd Smith also Known as LL Cool J<br>    Plaintiffs (Pro Se) |  |
|  | C. A. No.: |
| v. |  |
| Ari Melber of MSNOW (Journalist Who Covers Hip Hop Music), Universal Music Group (UMG), NBC Universal, Peacock, Vivendi Universal of France, Comcast, MSNOW, NBC News, NBC<br>    Defendants, |  |

*************************************************************

## NOTICE OF INTERLOCUTORY APPEAL

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this notice of appeal to have the present case at bar appealed to the **Second Circuit Court of Appeals at Thurgood Marshall Courthouse at 40 Foley Square in New York, New York 10007**. The plaintiff/appellant is bringing this motion, the plaintiff states, avers, and alleges the following

1.) Ari Melber of MSNOW features a lot of **"played out hip hop artists"** from the 1990's which is slowing up the music business from progress.
2.) Right now, it is the Latino prettyboys which are controlling the music business not the hip hop thugs. These music videos feature Latinos who are **romantic prettyboys**

https://www.youtube.com/watch?v=p47fEXGabaY

https://www.youtube.com/watch?v=ZoVCM5iUaL0&list=RD3X9wEwulYhk&index=6

https://www.youtube.com/watch?v=gpIBmED4oss&list=RDgpIBmED4oss&start_radio=1

https://www.youtube.com/watch?v=0w3XwPVxcsw&list=RDgpIBmED4oss&index=3

https://www.youtube.com/watch?v=Q_gIYp078so&list=RDgpIBmED4oss&index=2

https://www.youtube.com/watch?v=BQ0mxQXmLsk&list=RDgpIBmED4oss&index=5

https://www.youtube.com/watch?v=3X9wEwulYhk&list=RD3X9wEwulYhk&start_radio=1

https://www.youtube.com/watch?v=Q8gY1MYtW80&list=RD3X9wEwulYhk&index=4

https://www.youtube.com/watch?v=Lg_Pn45gyMs&list=RD3X9wEwulYhk&index=5

https://www.youtube.com/watch?v=PXzuDXZwZtI

https://www.youtube.com/watch?v=As8GMnZ5RTE

https://www.youtube.com/watch?v=s4QLFJb3krQ

https://www.youtube.com/watch?v=UnNHEuXLPRg

https://www.youtube.com/watch?v=6VJG-JrYHbE&list=RDMM&start_radio=1&rv=UnNHEuXLPRg

https://www.youtube.com/shorts/gf1PLy0WXoI

https://www.youtube.com/watch?v=MHaIYyc57Cc

WHEREFORE, the plaintiff/appellant is filing this notice of appeal to have the present case at bar sent to the **Second Circuit Court of Appeals at Thurgood MarshallCourthouse in New York, New York 10007**. Accordingly, the plaintiff/appellant believes that Ari Melber of MSNOW is slowing progress in the music business by featuring "played out hip hiop artists" rather than focusing on Latino culture and mulatto pride by featuring the music of Bad Bunny, Romeo Santos, Drake, and Satish Dat Beast.

Respectfully submitted,

*/s/ Ronald Satish Emrit*

Ronald Satish Emrit
P.O. Box 1030
Bowie, Maryland 20718
(703)936-3043
einsteinrockstar@hotmail.com
einsteinrockstar2@outlook.com



Aphrodite (Venus)
Music Video (Three Car Garage)
Temple of Music
Roger Williams Park
Providence, Rhode Island
Director: Indrayudh Shome
won an award in Hong Kong
Satish won John Lennon Songwriting
Competition Honorable Mention

Satish Emert
P.O. Box 1030
Bowie, Maryland 20718

Attn: Clerk of the Court
U.S. District Court of Connecticut
Abraham A. Ribicoff Federal Building
450 Main Street Suite # A 012
Hartford, Connecticut 06103